# In The United States Court of Federal Claims

No. 12-379C

(Filed: September 28, 2012)
_____

ATP OIL & GAS CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On September 25, 2012, plaintiff filed an unopposed motion to enlarge time for filing of the joint preliminary status report. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly:

1. On or before December 17, 2012, the parties shall engage in the early meeting of counsel required by Part II of Appendix A to the RCFC;

2. On or before January 7, 2013, the parties shall file their joint preliminary status report; and

3. Plaintiff shall file immediately with the court a notification of any relief from the automatic stay under 11 U.S.C. § 362 that is granted in its voluntary petition for reorganization and that relates to this matter.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge