# In The United States Court of Federal Claims

No. 12-379C

(Filed: January 3, 2013)

_____

ATP OIL & GAS CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 2, 2013, plaintiff filed its second unopposed motion to enlarge time for filing of the joint preliminary status report.  The motion is hereby **GRANTED**.  On or before January 22, 2013, the parties shall file their joint preliminary status report.  **No further enlargements of this deadline will be granted**.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra  
                                    Francis M. Allegra  
                                    Judge