# In The United States Court of Federal Claims

No. 12-379C

(Filed: February 5, 2013)

_____

ATP OIL & GAS CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Tuesday, February 19, 2013, at 2:00 p.m. (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge