# In The United States Court of Federal Claims

No.  12-379C

(Filed:  March 4, 2013)

_____

ATP OIL & GAS CORPORATION,

                  Plaintiff,

   v.

THE UNITED STATES,

                  Defendant.

_____

**ORDER**

_____

On March 1, 2013, the parties filed a joint status report containing competing proposals for a discovery plan for the liability portion of this matter.  The court hereby adopts the following schedule:

1.      On or before April 1, 2013, the parties shall exchange initial disclosures, as required by RCFC 26(a)(1)(A);

2.      On or before July 31, 2013, the parties shall complete fact discovery;

3.      On or before November 15, 2013, the parties shall complete expert discovery;

4.      The foregoing discovery may employ the full range of discovery options available under the RCFC; and

5.      On or before November 29, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule as appropriate.

**IT IS SO ORDERED.**

s/ Francis M. Allegra_____
Francis M. Allegra
Judge