# In The United States Court of Federal Claims

No. 12-379C

(Filed: June 7, 2013)
_____

ATP OIL & GAS CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On May 1, 2013, defendant filed a motion to stay proceedings in this case with respect to counts I and II pending a decision in *Century Exploration New Orleans LLC v. United States*, No. 2013-5073 (Fed. Cir.). Plaintiff does not oppose defendant's motion, but requests that any stay granted by the court encompass the entire case (*i.e.*, counts I-IV). Defendant's motion is **GRANTED**, **in part**, and **DENIED**, **in part**. Accordingly:

1. This case is hereby **STAYED** in its entirety until a final decision is rendered in *Century Exploration New Orleans LLC v. United States*, No. 2013-5073 (Fed. Cir.); and

2. Defendant shall file a notification of a decision in that case within two weeks of the decision.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge